**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| BOSTON SCIENTIFIC CORPORATION; BOSTON SCIENTIFIC SCIMED, INC.; BOSTON SCIENTIFIC LIMITED; AND ENDOVASCULAR TECHNOLOGIES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>COOK, INC.; WILSON-COOK MEDICAL, INC.; COOK MEDICAL INC.; COOK IRELAND LTD.; COOK GROUP, INC.; TAEWOONG MEDICAL CO., LTD.; STANDARD SCI-TECH INC.; ENDOCHOICE, INC.; AND SEWOON MEDICAL CO., LTD.<br><br>Defendants. | CIVIL ACTION NO. 10-11646 |

**PLAINTIFFS' ANSWER TO COUNTERCLAIMS**
**OF DEFENDANTS STANDARD SCI-TECH, INC.,**
**ENDOCHOICE, INC., AND SEWOON MEDICAL CO. LTD.**

Boston Scientific Corporation ("BSC"); Boston Scientific Scimed, Inc. ("BSSI"); Boston Scientific Limited ("BSL"); and EndoVascular Technologies, Inc. ("EVT") (collectively, "Plaintiffs") hereby respond to the counterclaims filed by Defendants Standard Sci-Tech, Inc., EndoChoice, Inc., and Sewoon Medical Co., Ltd. (collectively, "the Standard Sci-Tech Defendants") on January 7, 2011, as follows:

**THE PARTIES**

1.  Plaintiffs admit that Standard Sci-Tech Inc. is a corporation organized under the laws of the Republic of Korea, with a principal place of business at Suite 202, 236-7 YongDu-Dong, DongDaeMun-Gu, Seoul, South Korea 130-170. Plaintiffs are without sufficient

knowledge or information to admit or deny the remaining allegations in Paragraph 1 of the Standard Sci-Tech Defendants' counterclaims and, therefore, deny them.

2. Plaintiffs admit the allegations in Paragraph 2 of the Standard Sci-Tech Defendants' counterclaims.

3. Plaintiffs admit the allegations in Paragraph 3 of the Standard Sci-Tech Defendants' counterclaims.

4. Plaintiffs admit the allegations in Paragraph 4 of the Standard Sci-Tech Defendants' counterclaims.

5. Plaintiffs admit the allegations in Paragraph 5 of the Standard Sci-Tech Defendants' counterclaims.

6. Plaintiffs admit the allegations in Paragraph 6 of the Standard Sci-Tech Defendants' counterclaims.

7. Plaintiffs admit the allegations in Paragraph 7 of the Standard Sci-Tech Defendants' counterclaims.

**JURISDICTION AND VENUE**

8. Plaintiffs admit the allegations in Paragraph 8 of the Standard Sci-Tech Defendants' counterclaims.

9. Plaintiffs admit the allegations in Paragraph 9 of the Standard Sci-Tech Defendants' counterclaims.

10. Plaintiffs admit the allegations in Paragraph 10 of the Standard Sci-Tech Defendants' counterclaims.

11. Plaintiffs admit the allegations in Paragraph 11 of the Standard Sci-Tech Defendants' counterclaims.

12. Plaintiffs admit the allegations in Paragraph 12 of the Standard Sci-Tech Defendants' counterclaims.

## COUNT I
### (Declaratory Judgment of Noninfringement of U.S. Patent No. 6,007,574)

13. To the extent it constitutes an allegation, Plaintiffs deny the heading allegation preceding paragraph 13 of the Standard Sci-Tech Defendants' counterclaims. Plaintiffs repeat and incorporate by reference their answers to Paragraphs 1 - 12 of the Standard Sci-Tech Defendants' counterclaims, as if fully set forth herein.

14. Plaintiffs deny the allegations in Paragraph 14 of the Standard Sci-Tech Defendants' counterclaims.

## COUNT II
### (Declaratory Judgment of Noninfringement of U.S. Patent No. 6,309,415)

15. To the extent it constitutes an allegation, Plaintiffs deny the heading allegation preceding paragraph 15 of the Standard Sci-Tech Defendants' counterclaims. Plaintiffs repeat and incorporate by reference their answers to Paragraphs 1 - 14 of the Standard Sci-Tech Defendants' counterclaims, as if fully set forth herein.

16. Plaintiffs deny the allegations in Paragraph 16 of the Standard Sci-Tech Defendants' counterclaims.

## COUNT III
### (Declaratory Judgment of Noninfringement of U.S. Patent No. 7,160,323)

17. To the extent it constitutes an allegation, Plaintiffs deny the heading allegation preceding paragraph 17 of the Standard Sci-Tech Defendants' counterclaims. Plaintiffs repeat and incorporate by reference their answers to Paragraphs 1 - 16 of the Standard Sci-Tech Defendants' counterclaims, as if fully set forth herein.

18. Plaintiffs deny the allegations in Paragraph 18 of the Standard Sci-Tech Defendants' counterclaims.

## COUNT IV
### (Declaratory Judgment of Noninfringement of U.S. Patent No. 7,419,502)

19. To the extent it constitutes an allegation, Plaintiffs deny the heading allegation preceding paragraph 19 of the Standard Sci-Tech Defendants' counterclaims. Plaintiffs repeat and incorporate by reference their answers to Paragraphs 1 - 18 of the Standard Sci-Tech Defendants' counterclaims, as if fully set forth herein.

20. Plaintiffs deny the allegations in Paragraph 20 of the Standard Sci-Tech Defendants' counterclaims.

## COUNT V
### (Declaratory Judgment of Noninfringement of U.S. Patent No. 7,419,503)

21. To the extent it constitutes an allegation, Plaintiffs deny the heading allegation preceding paragraph 21 of the Standard Sci-Tech Defendants' counterclaims. Plaintiffs repeat and incorporate by reference their answers to Paragraphs 1 - 20 of the Standard Sci-Tech Defendants' counterclaims, as if fully set forth herein.

22. Plaintiffs deny the allegations in Paragraph 22 of the Standard Sci-Tech Defendants' counterclaims.

## COUNT VI
### (Declaratory Judgment of Noninfringement of U.S. Patent No. 7,736,386)

23. To the extent it constitutes an allegation, Plaintiffs deny the heading allegation preceding paragraph 23 of the Standard Sci-Tech Defendants' counterclaims. Plaintiffs repeat

and incorporate by reference their answers to Paragraphs 1 - 22 of the Standard Sci-Tech Defendants' counterclaims, as if fully set forth herein.

24. Plaintiffs deny the allegations in Paragraph 24 of the Standard Sci-Tech Defendants' counterclaims.

## COUNT VII
### (Declaratory Judgment of Noninfringement of U.S. Patent No. 7,763,068)

25. To the extent it constitutes an allegation, Plaintiffs deny the heading allegation preceding paragraph 25 of the Standard Sci-Tech Defendants' counterclaims. Plaintiffs repeat and incorporate by reference their answers to Paragraphs 1 - 24 of the Standard Sci-Tech Defendants' counterclaims, as if fully set forth herein.

26. Plaintiffs deny the allegations in Paragraph 26 of the Standard Sci-Tech Defendants' counterclaims.

## COUNT VIII
### (Declaratory Judgment of Noninfringement of U.S. Patent No. 6,533,810)

27. To the extent it constitutes an allegation, Plaintiffs deny the heading allegation preceding paragraph 27 of the Standard Sci-Tech Defendants' counterclaims. Plaintiffs repeat and incorporate by reference their answers to Paragraphs 1 - 26 of the Standard Sci-Tech Defendants' counterclaims, as if fully set forth herein.

28. Plaintiffs deny the allegations in Paragraph 28 of the Standard Sci-Tech Defendants' counterclaims.

## COUNT IX
### (Declaratory Judgment
### of Noninfringement of U.S. Patent No. 6,818,015)

29. To the extent it constitutes an allegation, Plaintiffs deny the heading allegation preceding paragraph 29 of the Standard Sci-Tech Defendants' counterclaims. Plaintiffs repeat and incorporate by reference their answers to Paragraphs 1 - 28 of the Standard Sci-Tech Defendants' counterclaims, as if fully set forth herein.

30. Plaintiffs deny the allegations in Paragraph 30 of the Standard Sci-Tech Defendants' counterclaims.

## COUNT X
### (Declaratory Judgment
### of Invalidity of U.S. Patent No. 6,007,574)

31. To the extent it constitutes an allegation, Plaintiffs deny the heading allegation preceding paragraph 31 of the Standard Sci-Tech Defendants' counterclaims. Plaintiffs repeat and incorporate by reference their answers to Paragraphs 1 - 30 of the Standard Sci-Tech Defendants' counterclaims, as if fully set forth herein.

32. Plaintiffs deny the allegations in Paragraph 32 of the Standard Sci-Tech Defendants' counterclaims.

## COUNT XI
### (Declaratory Judgment
### of Invalidity of U.S. Patent No. 6,309,415)

33. To the extent it constitutes an allegation, Plaintiffs deny the heading allegation preceding paragraph 33 of the Standard Sci-Tech Defendants' counterclaims. Plaintiffs repeat and incorporate by reference their answers to Paragraphs 1 - 32 of the Standard Sci-Tech Defendants' counterclaims, as if fully set forth herein.

34. Plaintiffs deny the allegations in Paragraph 34 of the Standard Sci-Tech Defendants' counterclaims.

## COUNT XII
### (Declaratory Judgment
### of Invalidity of U.S. Patent No. 7,160,323)

35. To the extent it constitutes an allegation, Plaintiffs deny the heading allegation preceding paragraph 35 of the Standard Sci-Tech Defendants' counterclaims. Plaintiffs repeat and incorporate by reference their answers to Paragraphs 1 - 34 of the Standard Sci-Tech Defendants' counterclaims, as if fully set forth herein.

36. Plaintiffs deny the allegations in Paragraph 36 of the Standard Sci-Tech Defendants' counterclaims.

## COUNT XIII
### (Declaratory Judgment
### of Invalidity of U.S. Patent No. 7,419,502)

37. To the extent it constitutes an allegation, Plaintiffs deny the heading allegation preceding paragraph 37 of the Standard Sci-Tech Defendants' counterclaims. Plaintiffs repeat and incorporate by reference their answers to Paragraphs 1 - 36 of the Standard Sci-Tech Defendants' counterclaims, as if fully set forth herein.

38. Plaintiffs deny the allegations in Paragraph 38 of the Standard Sci-Tech Defendants' counterclaims.

## COUNT XIV
### (Declaratory Judgment
### of Invalidity of U.S. Patent No. 7,419,503)

39. To the extent it constitutes an allegation, Plaintiffs deny the heading allegation preceding paragraph 39 of the Standard Sci-Tech Defendants' counterclaims. Plaintiffs repeat

and incorporate by reference their answers to Paragraphs 1 - 38 of the Standard Sci-Tech Defendants' counterclaims, as if fully set forth herein.

40. Plaintiffs deny the allegations in Paragraph 40 of the Standard Sci-Tech Defendants' counterclaims.

## COUNT XV
### (Declaratory Judgment of Invalidity of U.S. Patent No. 7,736,386)

41. To the extent it constitutes an allegation, Plaintiffs deny the heading allegation preceding paragraph 41 of the Standard Sci-Tech Defendants' counterclaims. Plaintiffs repeat and incorporate by reference their answers to Paragraphs 1 - 40 of the Standard Sci-Tech Defendants' counterclaims, as if fully set forth herein.

42. Plaintiffs deny the allegations in Paragraph 42 of the Standard Sci-Tech Defendants' counterclaims.

## COUNT XVI
### (Declaratory Judgment of Invalidity of U.S. Patent No. 7,763,068)

43. To the extent it constitutes an allegation, Plaintiffs deny the heading allegation preceding paragraph 43 of the Standard Sci-Tech Defendants' counterclaims. Plaintiffs repeat and incorporate by reference their answers to Paragraphs 1 - 42 of the Standard Sci-Tech Defendants' counterclaims, as if fully set forth herein.

44. Plaintiffs deny the allegations in Paragraph 44 of the Standard Sci-Tech Defendants' counterclaims.

## COUNT XVII
### (Declaratory Judgment
### of Invalidity of U.S. Patent No. 6,533,810)

45.     To the extent it constitutes an allegation, Plaintiffs deny the heading allegation preceding paragraph 45 of the Standard Sci-Tech Defendants' counterclaims. Plaintiffs repeat and incorporate by reference their answers to Paragraphs 1 - 44 of the Standard Sci-Tech Defendants' counterclaims, as if fully set forth herein.

46.     Plaintiffs deny the allegations in Paragraph 46 of the Standard Sci-Tech Defendants' counterclaims.

## COUNT XVIII
### (Declaratory Judgment
### of Invalidity of U.S. Patent No. 6,818,015)

47.     To the extent it constitutes an allegation, Plaintiffs deny the heading allegation preceding paragraph 47 of the Standard Sci-Tech Defendants' counterclaims. Plaintiffs repeat and incorporate by reference their answers to Paragraphs 1 - 46 of the Standard Sci-Tech Defendants' counterclaims, as if fully set forth herein.

48.     Plaintiffs deny the allegations in Paragraph 48 of the Standard Sci-Tech Defendants' counterclaims.

## JURY DEMAND

Plaintiffs admit that the Standard Sci-Tech Defendants demand a trial by jury.

**PRAYER FOR RELIEF**

Plaintiffs deny that the Standard Sci-Tech Defendants are entitled to any of the relief requested.

DATED:  January 28, 2011                           Respectfully submitted,


/s/ Denise W. DeFranco
Denise W. DeFranco (BBO No. 558859)
Kia L. Freeman (BBO No. 643467)
Matthew Van Eman (BBO No. 671722)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, MA 02142-1215
E-mail address:  denise.defranco@finnegan.com
Telephone: (617) 452-1600
Facsimile:  (617) 452-1666

J. Michael Jakes
Leslie I. Bookoff
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue NW
Washington, DC 20001-4413
E-mail address:   mike.jakes@finnegan.com
Telephone: (202) 408-4000
Facsimile:  (202) 408-4400

**Attorneys for Plaintiffs**
**BOSTON SCIENTIFIC CORPORATION**
**BOSTON SCIENTIFIC SCIMED, INC.**
**BOSTON SCIENTIFIC LIMITED**
**ENDOVASCULAR TECHNOLOGIES, INC.**

## **CERTIFICATE OF SERVICE**

  I, Denise W. DeFranco, an attorney of record in this matter, certify that on January 28, 2011, I caused a copy of the foregoing document:

PLAINTIFFS' ANSWER TO COUNTERCLAIMS
OF DEFENDANTS STANDARD SCI-TECH, INC.,
ENDOCHOICE, INC., AND SEWOON MEDICAL CO. LTD

to be filed by electronic filing (ECF), which provides service to counsel of record by email.

          /s/ Denise W. DeFranco
          Denise W. DeFranco (BBO No. 558859)
          FINNEGAN, HENDERSON, FARABOW,
           GARRETT & DUNNER, L.L.P.
          55 Cambridge Parkway
          Cambridge, MA 02142-1215
          E-mail address: denise.defranco@finnegan.com
          Telephone: (617) 452-1600
          Facsimile: (617) 452-1666

          **Attorney for Plaintiffs**
          **BOSTON SCIENTIFIC CORPORATION**
          **BOSTON SCIENTIFIC SCIMED, INC.**
          **BOSTON SCIENTIFIC LIMITED**
          **ENDOVASCULAR TECHNOLOGIES, INC.**